IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENSYLVANIA

IN RE:

SEAN P. REISER
ELIZABETH S. REISER
        DEBTORS

CASE NO. 25-21059-GLT

CHAPTER 13

PROOF OF INCOME

Filed on behalf of:
Sean P. Reiser
Elizabeth S. Reiser

Counsel of Record:

Michael C. Eisen
PA ID # 74523
M. Eisen & Associates, P.C.
404 McKnight Park Drive
Pittsburgh, PA 15237
412-367-9005
attorneyeisen@yahoo.com



NORTH HILLS  1633 Church Street, Suite 500 Nashville, TN 37203  +1 615-327-3061
Sean Reiser  802 Scott Ave Glenshaw, PA 15116

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Sean Reiser | NORTH HILLS | | 03/10/2025 | 03/23/2025 | 03/28/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 2,606.63 | 196.47 | 663.02 | 0.00 | 1,947.14 |
| YTD | 512.00 | 20,242.62 | 1,375.27 | 4,846.55 | 0.00 | 14,020.80 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| ESB | | | 0 | | 8 | 280.67 |
| GTL-LIFE | 03/10/2025 - 03/23/2025 | 0 | 0 | 19.05 | 0 | 133.35 |
| PTO | | | 0 | | 40 | 1,403.33 |
| PTOPAYOF | | | 0 | | 17 | 596.53 |
| REGS | 03/10/2025 - 03/23/2025 | 80 | 0 | 2,806.63 | 512 | 17,962.09 |
| Earnings | | | | 2,825.68 | | 20,375.97 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 175.19 | 1,263.31 |
| Medicare | 40.97 | 295.45 |
| Federal Withholding | 328.66 | 2,431.77 |
| State Tax - PA | 86.16 | 624.36 |
| SUI-Employee Paid - PA | 1.97 | 14.26 |
| City Tax - MCCAN | 28.07 | 203.40 |
| PA LST - MCCAN | 2.00 | 14.00 |
| Employee Taxes | 663.02 | 4,846.55 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| VALIC | 196.47 | 1,375.27 |
| Pre Tax Deductions | 196.47 | 1,375.27 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| CO LIFE | 7.28 | 50.96 |
| CO LTD | 7.79 | 54.53 |
| Employer Paid Benefits | 15.07 | 105.49 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,825.68 | 20,375.97 |
| Medicare - Taxable Wages | 2,825.68 | 20,375.97 |
| Federal Withholding - Taxable Wages | 2,629.21 | 19,000.70 |
| State Tax Taxable Wages - PA | 2,806.63 | 20,337.87 |
| City Tax Taxable Wages - MCCAN | 2,806.63 | 20,337.87 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Donor Leave Plan | 0 | 0 | 0 |
| Funeral Plan | 0 | 0 | 0 |
| Intermittent FMLA Time Off Plan | 0 | 0 | 0 |
| Jury Duty Plan | 0 | 0 | 0 |
| New ESB Plan | 2.78 | 0 | 1028.216666 |
| PTO Plan | 8.4 | 0 | 300 |
| Short Pay (Unpaid) Plan | 0 | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| F | CHECKING | | | 1,757.14 USD |
| | SAVINGS | | | 190.00 USD |


Dialysis Clinic, Inc.

NORTH HILLS   1633 Church Street, Suite 500 Nashville, TN 37203   +1 615-327-3061
Sean Reiser   602 Scott Ave Glenshaw, PA 15116

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Sean Reiser | NORTH HILLS | | 02/24/2025 | 03/09/2025 | 03/14/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 2,806.63 | 196.47 | 663.03 | 0.00 | 1,947.13 |
| YTD | 432.00 | 17,435.99 | 1,178.80 | 4,183.53 | 0.00 | 12,073.66 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| ESB | | | 0 | | 8 | 280.67 |
| GTL-LIFE | 02/24/2025 - 03/09/2025 | 0 | 0 | 19.05 | 0 | 114.30 |
| PTO | | | 0 | | 40 | 1,403.33 |
| PTOPAYOF | | | 0 | | 17 | 596.53 |
| REGS | 02/24/2025 - 03/09/2025 | 80 | 0 | 2,806.63 | 432 | 15,155.46 |
| Earnings | | | | 2,825.68 | | 17,550.29 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 175.19 | 1,088.12 |
| Medicare | 40.97 | 254.48 |
| Federal Withholding | 328.66 | 2,103.11 |
| State Tax - PA | 86.16 | 538.20 |
| SUI-Employee Paid - PA | 1.98 | 12.29 |
| City Tax - MCCAN | 28.07 | 175.33 |
| PA LST - MCCAN | 2.00 | 12.00 |
| Employee Taxes | 663.03 | 4,183.53 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| VALIC | 196.47 | 1,178.80 |
| Pre Tax Deductions | 196.47 | 1,178.80 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| CO LIFE | 7.28 | 43.68 |
| CO LTD | 7.79 | 46.74 |
| Employer Paid Benefits | 15.07 | 90.42 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,825.68 | 17,550.29 |
| Medicare - Taxable Wages | 2,825.68 | 17,550.29 |
| Federal Withholding - Taxable Wages | 2,629.21 | 16,371.49 |
| State Tax Taxable Wages - PA | 2,806.63 | 17,531.24 |
| City Tax Taxable Wages - MCCAN | 2,806.63 | 17,531.24 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Donor Leave Plan | 0 | 0 | 0 |
| Funeral Plan | 0 | 0 | 0 |
| Intermittent FMLA Time Off Plan | 0 | 0 | 0 |
| Jury Duty Plan | 0 | 0 | 0 |
| New ESB Plan | 2.78 | 0 | 1025.436666 |
| PTO Plan | 10.46 | 0 | 291.6 |
| Short Pay (Unpaid) Plan | 0 | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| | CHECKING | | | 1,767.13 USD |
| | SAVINGS | | | 190.00 USD |

**UPMC** LIFE CHANGING MEDICINE

**Payslip**

Page: 1 of 2

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Elizabeth Reiser | | UPMC Biweekly Payroll |
| Person Number | Assignment Number | Salary Basis Name |
| | | Salaried |
| | Job Title | Tax Reporting Unit Name |
| | Expert Discharge Plan Manager | UPMC Passavant |
| Employee Address | Position | Tax Reporting Unit Address |
| 802 Scott Avenue<br>Glenshaw, PA 15116<br>US | Expert Discharge Plan Manager | 600 Grant Street<br>Floor 56<br>Pittsburgh, PA 15219<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 23-Feb-2025 | 8-Mar-2025 | 14-Mar-2025 | 96,429.62 |

### Summary

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 3,730.68 | 22,133.08 |
| Imputed Earnings | 21.85 | 65.55 |
| Pretax Deductions | 484.83 | 2,899.71 |
| Employee Tax Deductions | 895.18 | 5,291.01 |
| Voluntary Deductions | 26.39 | 158.34 |
| Net Payment | 2,302.43 | 13,718.47 |

### Earnings

| Description | Current | Year to Date |
|---|---|---|
| Basic Life Taxable | 21.85 | 65.55 |
| Day Regular | 3,708.83 | 18,544.17 |
| Holiday Time Off Paid | 0.00 | 1,112.64 |
| Weekend Regular | 0.00 | 741.76 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Day Regular | | | 80.00 | Hours | 46.36 | 1.00 | 3,708.83 |

### Absences

| Description | Current | Year to Date |
|---|---|---|
| PTO Entitlement Payment | 0.00 | 1,668.96 |

### Hours

| Description | Current | Year to Date |
|---|---|---|
| Day Regular Hours Worked | 80.00 | 400.00 |
| Holiday Time Off Paid Hours Worked | 0.00 | 24.00 |
| PTO Entitlement Hours | 0.00 | 36.00 |
| Time Off Without Pay Hours Worked | 0.00 | 4.00 |
| Weekend Regular Hours Worked | 0.00 | 16.00 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Advantage Gold EE Pre Tax | 184.62 | 1,107.72 |
| Elite Vision EE Pre Tax | 8.01 | 48.06 |
| PTO Buy Pre Tax V2 | 71.32 | 427.92 |
| Premium Dental EE Pre Tax | 35.12 | 210.72 |
| Savings Plan 403b | 185.44 | 1,103.37 |

Case 25-21059-GLT    Doc 13    Filed 05/08/25    Entered 05/08/25 17:32:45    Desc Main
Document      Page 5 of 7

UPMC LIFE CHANGING MEDICINE                                **Payslip**                                                Page: 2 of 2

| Description | Current | Year to Date |
|---|---|---|
| Supplemental Employee ADD EE Pre Tax | 0.32 | 1.92 |

**Tax Deductions**

| Description | Current | Year to Date |
|---|---|---|
| FIT Withheld | 489.32 | 2,882.73 |
| Social Security Employee Withheld | 212.74 | 1,260.88 |
| Medicare Employee Withheld | 49.75 | 294.88 |
| SIT Withheld (PA) | 104.67 | 622.33 |
| SUI Employee Withheld (PA) | 2.60 | 15.45 |
| City Withheld (PA,Allegheny,Shaler Township) | 17.05 | 101.37 |
| Head Tax Withheld (PA,Allegheny,Mc Candless Township) | 2.00 | 12.00 |
| School Withheld (PA,Shaler ASD) | 17.05 | 101.37 |

**Other Deductions**

| Description | Current | Year to Date |
|---|---|---|
| Dependent Child Life ADD EE Post Tax | 0.71 | 4.26 |
| Spouse DP ADD EE Post Tax | 0.46 | 2.76 |
| Spouse DP Life EE Post Tax | 2.60 | 15.60 |
| Supplemental Employee Life EE Post Tax | 22.62 | 135.72 |

**Net Pay Distribution**

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| 12379332802 | | | XXXXXX8502 | USD | 2,302.43 |

**Tax Withholding Information**

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| FEDERAL | Married and withholding at higher single rate | 0 | 25.00 |
| PA | | 0 | 0.00 |



**Payslip**                                                                                           Page: 1 of 2

| Employee Name | Payroll Relationship Number | Payroll |
| --- | --- | --- |
| Elizabeth Reiser | | UPMC Biweekly Payroll |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
| | | Salaried |
| | **Job Title** | **Tax Reporting Unit Name** |
| | Expert Discharge Plan Manager | UPMC Passavant |
| **Employee Address** | **Position** | **Tax Reporting Unit Address** |
| 802 Scott Avenue<br>Glenshaw, PA 15116<br>US | Expert Discharge Plan Manager | 600 Grant Street<br>Floor 56<br>Pittsburgh, PA 15219<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
| --- | --- | --- | --- | --- |
| Biweekly | 9-Mar-2025 | 22-Mar-2025 | 28-Mar-2025 | 96,429.62 |

### Summary

| Description | Current | Year to Date |
| --- | --- | --- |
| Gross Earnings | 3,708.83 | 25,841.91 |
| Imputed Earnings | 0.00 | 65.55 |
| Pretax Deductions | 484.83 | 3,384.54 |
| Employee Tax Deductions | 888.69 | 6,179.70 |
| Voluntary Deductions | 26.39 | 184.73 |
| Net Payment | 2,308.92 | 16,027.39 |

### Earnings

| Description | Current | Year to Date |
| --- | --- | --- |
| Basic Life Taxable | 0.00 | 65.55 |
| Day Regular | 3,337.95 | 21,882.12 |
| Holiday Time Off Paid | 0.00 | 1,112.64 |
| Weekend Regular | 370.88 | 1,112.64 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Day Regular | | | 72.00 | Hours | 46.36 | 1.00 | 3,337.95 |
| Weekend Regular | | | 8.00 | Hours | 46.36 | 1.00 | 370.88 |

### Absences

| Description | Current | Year to Date |
| --- | --- | --- |
| PTO Entitlement Payment | 0.00 | 1,668.96 |

### Hours

| Description | Current | Year to Date |
| --- | --- | --- |
| Day Regular Hours Worked | 72.00 | 472.00 |
| Holiday Time Off Paid Hours Worked | 0.00 | 24.00 |
| PTO Entitlement Hours | 0.00 | 36.00 |
| Time Off Without Pay Hours Worked | 0.00 | 4.00 |
| Weekend Regular Hours Worked | 8.00 | 24.00 |

### Pretax Deductions

| Description | Current | Year to Date |
| --- | --- | --- |
| Advantage Gold EE Pre Tax | 184.62 | 1,292.34 |
| Elite Vision EE Pre Tax | 8.01 | 56.07 |
| PTO Buy Pre Tax V2 | 71.32 | 499.24 |
| Premium Dental EE Pre Tax | 35.12 | 245.84 |

**UPMC** LIFE CHANGING MEDICINE    **Payslip**    Page: 2 of 2

| Description | Current | Year to Date |
|---|---|---|
| Savings Plan 403b | 185.44 | 1,288.81 |
| Supplemental Employee ADD EE Pre Tax | 0.32 | 2.24 |

| Tax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| FIT Withheld | 484.51 | 3,367.24 |
| Social Security Employee Withheld | 211.38 | 1,472.26 |
| Medicare Employee Withheld | 49.44 | 344.32 |
| SIT Withheld (PA) | 104.67 | 727.00 |
| SUI Employee Withheld (PA) | 2.59 | 18.04 |
| City Withheld (PA,Allegheny,Shaler Township) | 17.05 | 118.42 |
| Head Tax Withheld (PA,Allegheny,Mc Candless Township) | 2.00 | 14.00 |
| School Withheld (PA,Shaler ASD) | 17.05 | 118.42 |

| Other Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| Dependent Child Life ADD EE Post Tax | 0.71 | 4.97 |
| Spouse DP ADD EE Post Tax | 0.46 | 3.22 |
| Spouse DP Life EE Post Tax | 2.60 | 18.20 |
| Supplemental Employee Life EE Post Tax | 22.62 | 158.34 |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
| 12464859398 | | | XXXXXX8502 | USD | 2,308.92 |

| Tax Withholding Information | | | |
|---|---|---|---|
| Type | Marital Status | Exemptions | Additional Amount |
| FEDERAL | Married and withholding at higher single rate | 0 | 25.00 |
| PA | | 0 | 0.00 |