Certificate Number: 20611-PAW-DE-039935605

Bankruptcy Case Number: 25-21059



20611-PAW-DE-039935605

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 2, 2025, at 6:12 o'clock AM EDT, Sean P Reiser completed a course on personal financial management given by internet by Ronda J. Winnecour, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   August 2, 2025              By:    /s/Kathleen B Mills

                                    Name:  Kathleen B Mills

                                    Title: TEN Financial Educator