Certificate Number: 20611-PAW-DE-039935732

Bankruptcy Case Number: 25-21059



20611-PAW-DE-039935732

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 1, 2025</u>, at <u>11:28</u> o'clock <u>AM EDT</u>, <u>Elizabeth S Reiser</u> completed a course on personal financial management given <u>by internet</u> by <u>Ronda J. Winnecour, Chapter 13 Standing Trustee</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   August 2, 2025            By:   /s/Consuelo V Gerhardt

                                  Name: Consuelo V Gerhardt

                                  Title: Financial Educator