**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

05/14/2026

IN RE:

| | |
|---|---|
| SEAN P. REISER | Case No.25-21059 GLT |
| ELIZABETH S. REISER | |
| 802 SCOTT AVE | Chapter 13 |
| GLENSHAW,  PA  15116 | |
| XXX-XX-4336          Debtor(s) | |

XXX-XX-2336

## AMENDED NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. **Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above, will be deemed allowed for purposes of distribution and <u>shall be paid</u> unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee. If you believe your claim will be adversely impacted, you should object to this Notice.**

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known.  In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/14/2026

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | | |
|---|---|---|---|
| **WH BURKLEY LLP(*)** | Trustee Claim Number:1   INT %:  0.00% | | CRED DESC:  NOTICE ONLY |
| 601 GRANT ST - 9TH FL | Court Claim Number: | | ACCOUNT NO.: |
| | CLAIM:  0.00 | | |
| PITTSBURGH, PA  15219 | COMMENT:  DUQ LITE/PRAE | | |

| | | | |
|---|---|---|---|
| **KML LAW GROUP PC*** | Trustee Claim Number:2   INT %:  0.00% | | CRED DESC:  NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | | ACCOUNT NO.: |
| | CLAIM:  0.00 | | |
| PHILADELPHIA, PA  19106 | COMMENT:  PNC BANK/PRAE | | |

| | | | |
|---|---|---|---|
| **GRB LAW**** | Trustee Claim Number:3   INT %:  0.00% | | CRED DESC:  NOTICE ONLY |
| C/O JEFFREY R HUNT ESQ - FOR PNG CO | Court Claim Number: | | ACCOUNT NO.: |
| 525 WILLIAM PENN PLACE STE 3110 | | | |
| | CLAIM:  0.00 | | |
| PITTSBURGH, PA  15219 | COMMENT:  PEOPLES/PRAE | | |

| | | | |
|---|---|---|---|
| **ALLY BANK(*)** | Trustee Claim Number:4   INT %:  6.84% | | CRED DESC:  VEHICLE |
| PAYMENT PROCESSING CENTER* | Court Claim Number:17 | | ACCOUNT NO.:  5074 |
| PO BOX 660618 | | | |
| | CLAIM:  8,287.51 | | |
| DALLAS, TX  75266-0618 | COMMENT:  9162@6%/PL | | |

| | | | |
|---|---|---|---|
| **OMEGA FEDERAL CREDIT UNION** | Trustee Claim Number:5   INT %:  0.00% | | CRED DESC:  VEHICLE |
| 206 SIEBERT ROAD | Court Claim Number: | | ACCOUNT NO.:  0195 |
| | CLAIM:  0.00 | | |
| PITTSBURGH, PA  15237-3786 | COMMENT:  PD OUTSIDE/PL | | |

| | | | |
|---|---|---|---|
| **OMEGA FEDERAL CREDIT UNION** | Trustee Claim Number:6   INT %:  0.00% | | CRED DESC:  VEHICLE |
| 206 SIEBERT ROAD | Court Claim Number: | | ACCOUNT NO.:  1002 |
| | CLAIM:  0.00 | | |
| PITTSBURGH, PA  15237-3786 | COMMENT:  PD OUTSIDE/PL | | |

| | | | |
|---|---|---|---|
| **PNC BANK NA** | Trustee Claim Number:7   INT %:  0.00% | | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| 3232 NEWMARK DR | Court Claim Number:3 | | ACCOUNT NO.:  3844 |
| | CLAIM:  0.00 | | |
| MIAMISBURG, OH  45342 | COMMENT:  PMT/DCLAR*1632.48 PMT/PL*DKT4PMT-LMT*BGN 5/25 | | |

| | | | |
|---|---|---|---|
| **AFFIRM INC** | Trustee Claim Number:8   INT %:  0.00% | | CRED DESC:  UNSECURED CREDITOR |
| 30 ISABELLA ST | Court Claim Number: | | ACCOUNT NO.:  M27Q |
| FLOOR 4 | | | |
| | CLAIM:  0.00 | | |
| PITTSBURGH, PA  15212 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **AFFIRM INC** | Trustee Claim Number:9   INT %:  0.00% | | CRED DESC:  UNSECURED CREDITOR |
| 30 ISABELLA ST | Court Claim Number: | | ACCOUNT NO.:  6JJK |
| FLOOR 4 | | | |
| | CLAIM:  0.00 | | |
| PITTSBURGH, PA  15212 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **CITIBANK NA** | Trustee Claim Number:10 INT %:  0.00% | | CRED DESC:  UNSECURED CREDITOR |
| 400 WHITE CLAY CENTER DR | Court Claim Number:24 | | ACCOUNT NO.:  5802 |
| | CLAIM:  1,274.04 | | |
| NEWARK, DE  19711 | COMMENT:  MACYS AMEX | | |

CLAIM RECORDS

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:21 | ACCOUNT NO.:  7727 |
| PO BOX 10587 | | |
| | CLAIM:  5,738.71 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  CITIBANK/BBY | |

| | | |
|---|---|---|
| **RESURGENT RECEIVABLES LLC** | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SERVICES | Court Claim Number:4-2 | ACCOUNT NO.:  3064 |
| PO BOX 10587 | | |
| | CLAIM:  4,203.25 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  AMD*FR RESURGENT/BEST EGG~DOC 28 | |

| | | |
|---|---|---|
| **CAPITAL ONE BANK USA NA** | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 30281 | Court Claim Number: | ACCOUNT NO.:  1586 |
| | CLAIM:  0.00 | |
| SALT LAKE CITY, UT  84130 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **CAPITAL ONE BANK USA NA** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 30281 | Court Claim Number: | ACCOUNT NO.:  7304 |
| | CLAIM:  0.00 | |
| SALT LAKE CITY, UT  84130 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **CAPITAL ONE BANK USA NA** | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 30281 | Court Claim Number: | ACCOUNT NO.:  5909 |
| | CLAIM:  0.00 | |
| SALT LAKE CITY, UT  84130 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:22 | ACCOUNT NO.:  2128 |
| PO BOX 10587 | | |
| | CLAIM:  4,167.62 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  X8432/SCH*CITIBANK/WAYFAIR | |

| | | |
|---|---|---|
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B** | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O JPMORGAN CHASE BANK NA | Court Claim Number:9 | ACCOUNT NO.:  5250 |
| PO BOX 15368 | | |
| | CLAIM:  4,498.56 | |
| WILMINGTON, DE  19850 | COMMENT:  SOUTHWEST | |

| | | |
|---|---|---|
| **CHASE CARD SERVICES*** | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 15298 | Court Claim Number: | ACCOUNT NO.:  4720 |
| | CLAIM:  0.00 | |
| WILMINGTON, DE  19850 | COMMENT: | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT FOR COMENIT** | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:14 | ACCOUNT NO.:  5998 |
| PO BOX 2489 | | |
| | CLAIM:  1,267.36 | |
| KIRKLAND, WA  98083-2489 | COMMENT:  B_&_H FOTO AND ELECTRONICS | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT FOR COMENIT** | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:13 | ACCOUNT NO.:  0775 |
| PO BOX 2489 | | |
| | CLAIM:  2,073.02 | |
| KIRKLAND, WA  98083-2489 | COMMENT:  SEPHORA | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **CMC** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 16346 | Court Claim Number: | ACCOUNT NO.:  2508 |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15242-0346 | COMMENT:  UPMC PGH PHYSCNS/SCH | |

| | | |
|---|---|---|
| **CMC** | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 16346 | Court Claim Number: | ACCOUNT NO.:  5335 |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15242-0346 | COMMENT:  UPMC PGH PHYSCNS/SCH | |

| | | |
|---|---|---|
| **UPMC PHYSICIAN SERVICES** | Trustee Claim Number:23  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DCM SERVICES/BANKRUPTCY | Court Claim Number:15 | ACCOUNT NO.:  2336 |
| PO BOX 1123 | | |
| | CLAIM:  617.55 | |
| MINNEAPOLIS, MN  55440 | COMMENT:  X5976/SCH*UPMC PGH PHYCNS | |

| | | |
|---|---|---|
| **CMC** | Trustee Claim Number:24  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 16346 | Court Claim Number: | ACCOUNT NO.:  1011 |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15242-0346 | COMMENT:  UPMC PGH PHYSCNS/SCH | |

| | | |
|---|---|---|
| **CMC** | Trustee Claim Number:25  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 16346 | Court Claim Number: | ACCOUNT NO.:  2901 |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15242-0346 | COMMENT:  UPMC PGH PHYSCNS/SCH | |

| | | |
|---|---|---|
| **CMC** | Trustee Claim Number:26  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 16346 | Court Claim Number: | ACCOUNT NO.:  5197 |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15242-0346 | COMMENT:  UPMC MAGEE/SCH | |

| | | |
|---|---|---|
| **CMC** | Trustee Claim Number:27  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 16346 | Court Claim Number: | ACCOUNT NO.:  8298 |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15242-0346 | COMMENT:  UPMC MAGEE/SCH | |

| | | |
|---|---|---|
| **CMC** | Trustee Claim Number:28  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 16346 | Court Claim Number: | ACCOUNT NO.:  1235 |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15242-0346 | COMMENT:  UPMC PSSVNT/SCH | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:29  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:18 | ACCOUNT NO.:  7596 |
| PO BOX 10587 | | |
| | CLAIM:  1,170.55 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  CREDIT 1 | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:30  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:19 | ACCOUNT NO.:  7906 |
| PO BOX 10587 | | |
| | CLAIM:  2,076.44 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  CREDIT 1 | |

| | | |
|---|---|---|
| **AIDVANTAGE O/B/O US DEPT OF EDUCATION** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  UNSECURED  (S) |
| C/O AIDVANTAGE - DEPT OF ED LOAN SVCS | Court Claim Number:26 | ACCOUNT NO.:  2336 |
| PO BOX 4450 | | |
| | CLAIM:  9,716.43 | |
| PORTLAND, OR  97208 | COMMENT:  DEPT OF ED~7064*LATE CL | |

| | | |
|---|---|---|
| **CITIBANK NA** | Trustee Claim Number:32  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 400 WHITE CLAY CENTER DR | Court Claim Number:23 | ACCOUNT NO.:  5162 |
| | CLAIM:  1,925.92 | |
| NEWARK, DE  19711 | COMMENT:  DILLARDS | |

| | | |
|---|---|---|
| **DISCOVER BANK(\*)** | Trustee Claim Number:33  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 3025 | Court Claim Number:1 | ACCOUNT NO.:  7827 |
| | CLAIM:  7,695.41 | |
| NEW ALBANY, OH  43054 | COMMENT: | |

| | | |
|---|---|---|
| **DISCOVER BANK(\*)** | Trustee Claim Number:34  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 3025 | Court Claim Number:2 | ACCOUNT NO.:  5148 |
| | CLAIM:  13,612.37 | |
| NEW ALBANY, OH  43054 | COMMENT: | |

| | | |
|---|---|---|
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT** | Trustee Claim Number:35  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:11 | ACCOUNT NO.:  5564 |
| | CLAIM:  14,806.50 | |
| NORFOLK, VA  23541 | COMMENT:  FR LENDINGCLUB~DOC 31 | |

| | | |
|---|---|---|
| **SERVICE FINANCE COMPANY LLC** | Trustee Claim Number:36  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 555 S FEDERAL HWY STE 200 | Court Claim Number: | ACCOUNT NO.:  1721 |
| | CLAIM:  0.00 | |
| BOCA RATON, FL  33432 | COMMENT: | |

| | | |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC(\*)** | Trustee Claim Number:37  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 772813 | Court Claim Number:12 | ACCOUNT NO.:  5715 |
| | CLAIM:  2,273.96 | |
| CHICAGO, IL  60677-2813 | COMMENT:  REF 4045418627*AMAZON-SYNCHRONY | |

| | | |
|---|---|---|
| **RESURGENT RECEIVABLES LLC** | Trustee Claim Number:38  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SERVICES | Court Claim Number:20 | ACCOUNT NO.:  1329 |
| PO BOX 10587 | | |
| | CLAIM:  1,715.68 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  CARE CRDT/SYNCHRONY | |

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:39  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 71727 | Court Claim Number: | ACCOUNT NO.:  3462 |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19176 | COMMENT:  NT ADR~HOME DSGN/SCH | |

| | | |
|---|---|---|
| **TD BANK USA NA\*\*** | Trustee Claim Number:40  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O WEINSTEIN & RILEY PS(\*) | Court Claim Number:25 | ACCOUNT NO.:  4107 |
| PO BOX 93024 | | |
| | CLAIM:  1,543.74 | |
| LAS VEGAS, NV  89193-3024 | COMMENT:  X1786/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:41  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:8 | ACCOUNT NO.: 9126 |
| PO BOX 10587 | | |
| | CLAIM:  3,134.91 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  UPGRADE*CROSS RIVER | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:42  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:7-2 | ACCOUNT NO.: 9131 |
| PO BOX 10587 | | |
| | CLAIM:  6,215.39 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  UPGRADE*AMD | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:43  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:5-2 | ACCOUNT NO.: 5511 |
| PO BOX 10587 | | |
| | CLAIM:  3,929.63 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  UPGRADE*AMD | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:44  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:6-2 | ACCOUNT NO.: 1932 |
| PO BOX 10587 | | |
| | CLAIM:  11,314.27 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  UPGRADE*AMD | |

| | | |
|---|---|---|
| **UPMC HEALTH SERVICES** | Trustee Claim Number:45  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DCM SERVICES/BANKRUPTCY | Court Claim Number:16 | ACCOUNT NO.: 2336 |
| PO BOX 1123 | | |
| | CLAIM:  859.34 | |
| MINNEAPOLIS, MN  55440 | COMMENT: | |

| | | |
|---|---|---|
| **WELLS FARGO BANK NA** | Trustee Claim Number:46  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O WELLS FARGO CARD SERVICES | Court Claim Number:10 | ACCOUNT NO.: 5210 |
| PO BOX 9210 | | |
| | CLAIM:  8,054.51 | |
| DES MOINES, IA  50306 | COMMENT:  X3949/SCH*658795210 | |

| | | |
|---|---|---|
| **PNC BANK NA** | Trustee Claim Number:47  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| 3232 NEWMARK DR | Court Claim Number:3 | ACCOUNT NO.: 3844 |
| | CLAIM:  379.64 | |
| MIAMISBURG, OH  45342 | COMMENT:  CL3GOV*$0ARRS/PL*THRU 4/25 | |

| | | |
|---|---|---|
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC** | Trustee Claim Number:48  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| ATTN BANKRUPTCY NOTICING | Court Claim Number: | ACCOUNT NO.: |
| 4515 N SANTA FE AVE DEPT APS | | |
| | CLAIM:  0.00 | |
| OKLAHOMA CITY, OK  73118 | COMMENT:  ALLY BANK/PRAE | |